[No. 40748-1-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MALAKAI B. LUCAS, ET AL., *Defendants*, CHRISTOPHER WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07396-9, Richard M. Ishikawa, J., entered April 28, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ.

[No. 40825-9-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER D. RITTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05746-7, LeRoy McCullough, J., entered June 9, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40970-1-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ALMANZA-GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00774-1, Michael F. Moynihan, J., entered June 19, 1997. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Appelwick, J. Now published at 94 Wn. App. 563.

[No. 40981-6-I.    Division One.    January 19, 1999.]

CLOVER CORPORATION, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-05731-2, Richard D. Eadie, J., entered June 18, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Becker, J.